| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF OREGON |
| Case number *(if known)*        Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Peak Web LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**DBA Peak Hosting**

**3. Debtor's federal Employer Identification Number** (EIN)

**26-3583745**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **35200 SW Deer Park Rd.** <br> **Wilsonville, OR 97070** <br> Number, Street, City, State & ZIP Code | **19363 Willamette Dr.** <br> **Mailbox 498** <br> **West Linn, OR 97068** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Clackamas** <br> County | **Location of principal assets, if different from principal place of business** <br> **1725 Comstock St., Suite 103 Santa Clara, CA 95054** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **Peak Web LLC**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5191__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | **Peak Web LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Peak Web LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 13, 2016**
MM / DD / YYYY

X **/s/ Jeffrey E. Papen**
Signature of authorized representative of debtor

**Jeffrey E. Papen**
Printed name

Title  **CEO**

**18. Signature of attorney**

X **/s/ Timothy J. Conway**
Signature of attorney for debtor

Date **June 13, 2016**
MM / DD / YYYY

**Timothy J. Conway**
Printed name

**Tonkon Torp LLP**
Firm name

**1600 Pioneer Tower**
**888 SW Fifth Ave**
**Portland, OR 97204-2099**
Number, Street, City, State & ZIP Code

Contact phone  **503-221-1440**   Email address  **timothy.conway@tonkon.com**

**Oregon Bar No. 851752**
Bar number and State

1 **Timothy J. Conway**, OSB No. 851752 (Lead Attorney)
   Direct Dial:  (503) 802-2027
2  Facsimile:   (503) 972-3727
   E-Mail:      tim.conway@tonkon.com
3 **Ava L. Schoen**, OSB No. 044072
   Direct Dial:  (503) 802-2143
4  Facsimile:   (503) 972-3843
   E-Mail:      ava.schoen@tonkon.com
5 **TONKON TORP LLP**
   1600 Pioneer Tower
6  888 S.W. Fifth Avenue
   Portland, OR  97204
7
        Attorneys for Peak Web LLC
8

9                    UNITED STATES BANKRUPTCY COURT

10                          DISTRICT OF OREGON

11  In re                              Case No.

12  Peak Web LLC,                      **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)**
13              Debtor.

14

15          Tonkon Torp LLP ("Tonkon"), pursuant to Bankruptcy Rule 2016(b), states

16  that:

17          1.      Tonkon has been engaged by Debtor herein to act as its general

18  bankruptcy counsel in this case.

19          2.      In the twelve months preceding the filing of this Chapter 11 case,

20  Tonkon received the following payments: a $100,000.00 retainer on June 1, 2016; a

21  $17,450.60 retainer on June 2, 2016; and a $57,550.00 retainer on June 10, 2016.

22  Immediately prior to filing the Petition, $72,373.50 was applied to current fees and costs,

23  incurred prior to the Petition, which includes the bankruptcy filing fee of $1,717.00.  The

24  remaining retainer balance of $102,627.10 is held in Tonkon's trust account.  All payments

25  were made to Tonkon from the Debtor, except for the $17,450.60 retainer on June 2, 2016,

26  which was received from Debtor's prior bankruptcy counsel.

**Page 1 of 2** -   DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-32311-pcm11    Doc 1    Filed 06/13/16

3. The filing fee for commencing this Chapter 11 case will be paid in full.

4. The source of payments to be made by Debtor to Tonkon for legal services, filing fees, and costs incurred in or in connection with this case will be from the Debtor and from property of the bankruptcy estate.

Tonkon has not shared or agreed to share with any person, other than its members, any compensation paid or to be paid.

DATED this 13th day of June, 2016.

TONKON TORP LLP


By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Attorneys for Peak Web LLC

**Page 2 of 2** - DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)

| ill in this information to identify the case: | |
|---|---|
| Debtor name | **Peak Web LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CoreSite, L.P.**<br>**1001 17th Street**<br>**Suite 500**<br>**Denver, CO 80202** | **Debbie Hice**<br>**Ph: 303-405-1008**<br>**debbie.hice@CoreSite.com** | **Lease termination** | | | | $1,225,000.00 |
| **Zynga Inc**<br>**315 Montgomery Street**<br>**San Francisco, CA 94104** | **Meredith Lobel-Angel**<br>**415-445-4201**<br>**mobelangel@zynga.com** | **Promissory Note.** | | | | $598,122.36 |
| **InterXion Datacenters B.V.**<br>**Cessnalaan 50**<br>**1119 NL Schiphol-Rijk**<br>**PO Box 75812**<br>**Netherlands** | **Sebastian Holtslag**<br>**31-20-880-7600**<br>**sebastianh@interxion.com** | **Lease termination** | | | | $469,617.00 |
| **Themesoft, Inc**<br>**13601 Preston Rd, Ste W860**<br>**Dallas, TX 75240** | **Natalia Martinez**<br>**972-474-8787**<br>**natalia@themesoft.com** | **Information technology staffing services.** | | | | $457,932.04 |
| **Gregory M. Rodriguez**<br>**2 Kinghurst**<br>**San Antonio, TX 78248** | **Gregory M. Rodriguez**<br>**210-286-0832**<br>**senorgreg3658@gmail.com** | **Separation agreement** | | | | $375,995.98 |
| **Zayo Group, LLC**<br>**P.O. Box 952136**<br>**Dallas, TX 75395-2136** | **Kristen Stimler**<br>**800-390-6094**<br>**billing@zayo.com** | **Internet service provider.** | | | | $190,815.11 |
| **Data Sales Co., Inc.**<br>**3450 W. Burnsville Parkway**<br>**Burnsville, MN 55337** | **Ann Seurer**<br>**(952) 890.8838**<br>**aseurer@datasales.com** | **Equipment lease.** | | | | $100,000.00 |

| Debtor | Peak Web LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lightower<br>POB 28730<br>New York, NY 10087 | Scott Callahan<br>978-268-93-09<br>scallahan@lightower.com | Internet service provider. | | | | $66,540.00 |
| Mainz Brady Group<br>P.O Box 620375<br>Woodside, CA 94062 | Maria Mendoza<br>650-522-3955<br>maria@mbg.com | Information technology staffing services. | | | | $64,560.00 |
| Hewlett-Packard Financial Services Co.<br>P.O. Box 402582<br>Atlanta, GA 30384-2582 | Arthur Gass<br>888-254-0006<br>arthur.gass@hp.com | Equipment lease. | | | | $58,000.00 |
| CISCO Systems Capital Crp<br>P.O. Box 742927<br>Los Angeles, CA 90074-2927 | Lisa Kimble<br>866-654-0247<br>lkimble@cisco.com | Equipment lease. | | | | $47,000.00 |
| 8X8 INC<br>Dept. 848080<br>Los Angeles, CA 90084-8080 | Stefan Falcon<br>888-898-8733<br>Stefan.falcon@8x8.com | Business telephone and call center services. | | | | $44,915.48 |
| American Express<br>PO Box 660448<br>Dallas, TX 75265-0448 | 800-424-0448 | Credit card. | | | | $43,715.94 |
| Dell Marketing, L.P.<br>c/o Dell USA L.P.<br>PO Box 910916<br>Pasadena, CA 91110-0916 | Ghulam Hussain<br>877-671-1355<br>ghulam_hussain@dell.com | Data center supplies. | | | | $42,602.00 |
| Citi Credit Cards<br>PO Box 78045<br>Phoenix, AZ 85062-8045 | 800-732-6000<br>alerts@citibank.com | Credit card | | | | $36,104.06 |
| Giglinx Inc.<br>6895 East Camelback Road Suite 115<br>Scottsdale, AZ 85251 | Laura Talbot<br>254-642-0001<br>accounting@giglinx.com | Internet service provider. | | | | $35,923.16 |
| Dasher Technologies, Inc.<br>655 Campbell Technology Pkwy suite 150<br>Campbell, CA 95008 | Michael Cook<br>408-409-2849<br>michael.cook@dasher.com | Data center supplies | | | | $34,306.39 |
| Axis Capital, Inc<br>PO BOX 911685<br>Denver, CO 80291-1685 | Cindy Early<br>800-994-0016<br>cindye@quailcap.com | Equipment lease. | | | | $33,904.57 |

| Debtor | Peak Web LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dell Financial Services Payment Processing Center PO Box 6410 Carol Stream, IL 60197-6410 | Susan Burleson 877-663-3355 susan_burleson@dell.com | Equipment lease. | | | | $30,000.00 |
| St. Paul Fire & Marine Insurance c/o Joel A. Parker Schwabe Williamson & Wyatt PC 1211 SW 5th Avenue, #1900 Portland, OR 97204 | Joel A. Parker 503-222-9981 jparker@schwabe.com | Litigation. | Disputed | | | Unknown |

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 13, 2016**   X **/s/ Jeffrey E. Papen**
Signature of individual signing on behalf of debtor

**Jeffrey E. Papen**
Printed name

**CEO**
Position or relationship to debtor

| | |
|---|---|
| 1 | **Timothy J. Conway**, OSB No. 851752 (Lead Attorney) |
| |     Direct Dial:  (503) 802-2027 |
| 2 |     Facsimile:   (503) 972-3727 |
| |     E-Mail:      tim.conway@tonkon.com |
| 3 | **Ava L. Schoen**, OSB No. 044072 |
| |     Direct Dial:  (503) 802-2143 |
| 4 |     Facsimile:   (503) 972-3843 |
| |     E-Mail:      ava.schoen@tonkon.com |
| 5 | **TONKON TORP LLP** |
| | 1600 Pioneer Tower |
| 6 | 888 S.W. Fifth Avenue |
| | Portland, OR 97204 |

Attorneys for Peak Web LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| In re | Case No. |
|---|---|
| Peak Web LLC, | **CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE** |
| Debtor. | |

I hereby certify that I served (1) a copy of the List of Creditors Holding 20 Largest Unsecured Claims**;** (2) address mailing labels for Debtor, Debtor's attorney, and a contact person for each creditor on the list; and (3) this Certificate of Service, on the U.S. Trustee at 620 SW Main Street, Room 213, Portland, Oregon 97205, by causing a copy thereof to be e-mailed on June 13, 2016. I hereby further certify that each of the above items was hand delivered to the U.S. Trustee at the address set forth above on June 13, 2016.

DATED this 13th day of June, 2016.

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Ava L. Schoen, OSB No. 044072
    Attorneys for Peak Web LLC

**Page 1 of 1** - CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-32311-pcm11    Doc 1    Filed 06/13/16