# United States Bankruptcy Court
## District of Oregon

In re __Peak Web LLC__  
Debtor(s)

Case No. __16-32311-pcm11__  
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Peak Web LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**FWH Holdings LLC**  
**1916 Pike Place, #12-510**  
**Seattle, WA 98101**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 13, 2016** | **/s/ Timothy J. Conway** |
| Date | **Timothy J. Conway** |
| | Signature of Attorney or Litigant |
| | Counsel for __Peak Web LLC__ |
| | **Tonkon Torp LLP** |
| | **1600 Pioneer Tower** |
| | **888 SW Fifth Ave** |
| | **Portland, OR 97204-2099** |
| | **503-221-1440 Fax:503-274-8779** |