UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
) 
) NOTICE OF MOTION FOR
) RELIEF FROM AUTOMATIC
) STAY IN A CHAPTER 11/12 CASE,
Debtor(s) ) AND OF HEARING THEREON

**YOU ARE NOTIFIED THAT**:

1. A motion was filed by, _____, for the relief from the automatic stay protecting the debtor(s) and debtor's property, as provided by 11 USC §362.

2. The name and address of the moving party's attorney (or moving party, if no attorney) are:

3. If you wish to resist the motion you must, within 14 days of the service date shown below, file a written response with the Clerk of the Bankruptcy Court and, if served in paper, a certificate showing a copy of the response has been served on the moving party's attorney.

4. <u>Contents of Response</u>. A response must state the facts upon which relief from the automatic stay is resisted. See Local Form #720.50 for details.

5. **If you file a timely Response**:

    A Hearing on the motion will be held as follows:

    **Date**:_____        **Time**:_____

    **Location**:  ☐    Courtroom #_____ , _____

    ☐    Telephone Hearing  [**NOTE**: See LBF #888, Telephone Hearing Requirements]
    **Call In Number:**        (888) 684-8852
    **Access Code:**           ☐ 8622907 for Judge Frank R. Alley (fra)
                               ☐ 4950985 for Judge Trish M. Brown (tmb)
                               ☐ 5870400 for Judge Randall L. Dunn (rld)
                               ☐ 1238244 for Judge Peter C. McKittrick (pcm)
                               ☐ 3388495 for Judge Thomas M. Renn (tmr)
                               ☐ Other_____

    NO TESTIMONY will be taken at the hearing.

6. **If a timely response is not filed**, then either:

    a. The court may sign an ex parte order, submitted by the moving party, granting relief from the stay;

or  b. The stay will expire under the terms of 11 USC §362(e) 30 days after the motion was filed.

        CLERK, U.S. BANKRUPTCY COURT
        (If filing in paper and if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401)

I certify that on _____ copies of (1) this Notice, (2) Local Form #720.50 if this Notice was served on paper, (3) Local Form #888 if this Notice was served on paper and a Telephone Hearing will be held,  and (4) the Motion, were served on the Debtor(s), U.S. Trustee, and on the following parties, if any:  Trustee, Creditors' Committee Chairperson, and their respective attorneys.

_____
Signature of Moving Party or Attorney

1124 (1/12/15)

Case 16-32311-pcm11    Doc 24    Filed 06/14/16

1  **Timothy J. Conway**, OSB No. 851752 (Lead Attorney)
      Direct Dial:    (503) 802-2027
2     Facsimile:      (503) 972-3727
      E-Mail:         tim.conway@tonkon.com
3  **Ava L. Schoen**, OSB No. 044072
      Direct Dial:    (503) 802-2143
4     Facsimile:      (503) 972-3843
      E-Mail:         ava.schoen@tonkon.com
5  **TONKON TORP LLP**
   1600 Pioneer Tower
6  888 S.W. Fifth Avenue
   Portland, OR  97204
7
           Attorneys for Debtor
8

9              UNITED STATES BANKRUPTCY COURT

10                   DISTRICT OF OREGON

11  In re                          Case No. 16-32311-pcm11

12  Peak Web LLC,                  **DEBTOR'S OMNIBUS MOTION FOR RELIEF FROM AUTOMATIC STAY**

13        Debtor.

14

15        Pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy

16  Procedure 4001, Peak Web LLC ("Debtor") hereby moves for relief from the automatic stay

17  imposed by 11 U.S.C. § 362(a).  In support of its motion, Debtor incorporates the statements

18  contained in the Declaration of Mark Calvert of Cascade Capital Group in Support of First

19  Day Motions ("First Day Declaration") [ECF # 20], and further states as follows:

20        1.    On June 13, 2016 (the "Petition Date"), Debtor filed a voluntary

21  petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy

22  Code").

23        2.    Debtor has continued in possession of its property and is continuing to

24  operate and manage its business as debtor-in-possession pursuant to §§ 1107(a) and 1108 of

25  the Bankruptcy Code.

26

**Page 1 of 3** -   DEBTOR'S OMNIBUS MOTION FOR RELIEF FROM AUTOMATIC STAY

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-32311-pcm11    Doc 24    Filed 06/14/16

3. The Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core matter pursuant to 28 U.S.C. § 157(b)(2)(G).

4. No request has been made for the appointment of a trustee or examiner, and an official committee has not yet been established in this case.

5. Debtor is a managed service company that provides the servers, storage, network, datacenter, and staff for some of the largest online businesses. Debtor is essentially a "cloud" service provider for companies that do not want to build out an operations department to run all of these elements themselves.

6. As described in the First Day Declaration, Debtor has returned, and continues to return, equipment it no longer requires to certain lessors and lenders. Those lessors and lenders include: Bank of the West, Cisco Capital, CIT Financing, Data Sales, Dell Financial Services, Fort Capital, HP Financial Services, LEAF Leasing, NFS, Presidio Tech Cap, Quail Capital, TFC Leasing, VAR Resources, and Winthrop Capital, including all assignees thereof (together, the "Equipment Recipients").

7. By this Motion, Debtor seeks entry of an order granting the Equipment Recipients relief from the automatic stay to liquidate in a commercially reasonable manner the equipment returned to them by Debtor.

8. To the extent an Equipment Recipient believes it has a claim against Debtor after liquidating the returned equipment in a commercially reasonable manner, any such claim shall be timely filed in this Bankruptcy Case.

Page 2 of 3 - DEBTOR'S OMNIBUS MOTION FOR RELIEF FROM AUTOMATIC STAY

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-32311-pcm11    Doc 24    Filed 06/14/16

WHEREFORE, Debtor respectfully requests the entry of an order in the form attached hereto as **Exhibit 1**.

DATED this 14th day of June, 2016.

TONKON TORP LLP


By */s/ Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Attorneys for Debtor

**Page 3 of 3** - DEBTOR'S OMNIBUS MOTION FOR RELIEF FROM AUTOMATIC STAY

# EXHIBIT 1

**PROPOSED FORM OF ORDER**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Peak Web LLC,

Debtor.

Case No. 16-32311-pcm11

**ORDER GRANTING DEBTOR'S OMNIBUS MOTION FOR RELIEF FROM AUTOMATIC STAY**

THIS MATTER having come before the Court on Debtor's Omnibus Motion for Relief from Automatic Stay [ECF No. _____] (the "Motion"); and the Court being duly advised in the premises and finding good cause; now, therefore,

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The automatic stay of 11 U.S.C. § 362(a) is modified such that Bank of the West, Cisco Capital, CIT Financing, Data Sales, Dell Financial Services, Fort Capital, HP Financial Services, LEAF Leasing, NFS, Presidio Tech Cap, Quail Capital, TFC Leasing, VAR Resources, and Winthrop Capital, including all assignees thereof (together, the "Equipment Recipients") have relief from the stay to liquidate in a commercially reasonable manner any equipment returned to them by Debtor.

**Page 1 of 2** - ORDER GRANTING DEBTOR'S OMNIBUS MOTION FOR RELIEF FROM AUTOMATIC STAY

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

3. To the extent an Equipment Recipient believes it has a claim against Debtor after liquidating the returned equipment in a commercially reasonable manner, any such claim must be timely filed in this Bankruptcy Case. To the extent such a claim is filed, it will be treated as provided by the Bankruptcy Code.

4. The provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are hereby waived.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By _____
    Ava L. Schoen, OSB No. 044072
    Timothy J. Conway, OSB No. 851752
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR  97204-2099
    Telephone:   503-221-1440
    Facsimile:    503-274-8779
    E-mail:        ava.schoen@tonkon.com
                  tim.conway@tonkon.com
    Attorneys for Debtor

cc:   List of Interested Parties


038470/00001/7302258v1

**Page 2 of 2** - ORDER GRANTING DEBTOR'S OMNIBUS MOTION FOR RELIEF FROM AUTOMATIC STAY

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-32311-pcm11    Doc 24    Filed 06/14/16

| | |
|---|---|
| 1 | **Timothy J. Conway**, OSB No. 851752 (Lead Attorney) |
|   |    Direct Dial:  (503) 802-2027 |
| 2 |    Facsimile:   (503) 972-3727 |
|   |    E-Mail:      tim.conway@tonkon.com |
| 3 | **Ava L. Schoen**, OSB No. 044072 |
|   |    Direct Dial:  (503) 802-2143 |
| 4 |    Facsimile:   (503) 972-3843 |
|   |    E-Mail:      ava.schoen@tonkon.com |
| 5 | **TONKON TORP LLP** |
|   | 1600 Pioneer Tower |
| 6 | 888 S.W. Fifth Avenue |
|   | Portland, OR  97204 |

Attorneys for Peak Web LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 16-32311-pcm11 |
| Peak Web LLC, | **CERTIFICATE OF SERVICE OF DEBTOR'S OMNIBUS MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Debtor. | |

I hereby certify that on June 14, 2016, I served a copy of Debtor's Omnibus Motion for Relief from Automatic Stay on the parties listed as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

**Page 1 of 2** - CERTIFICATE OF SERVICE OF DEBTOR'S OMNIBUS MOTION FOR RELIEF FROM AUTOMATIC STAY

| | |
|---|---|
| 1 | Those parties listed as "ECF" on the attached List of Interested Parties were |
| 2 | served electronically with all above pleadings via the Court's Case Management / Electronic |
| 3 | Case File system on June 14, 2016. |
| 4 | DATED this 14th day of June, 2016. |
| 5 | TONKON TORP LLP |
| 6 | |
| 7 | By */s/ Ava L. Schoen* |
| | Timothy J. Conway, OSB No. 851752 |
| 8 | Ava L. Schoen, OSB No. 044072 |
| | Attorneys for Peak Web LLC |

**Page 2 of 2** - CERTIFICATE OF SERVICE OF DEBTOR'S OMNIBUS MOTION FOR RELIEF FROM AUTOMATIC STAY

# LIST OF INTERESTED PARTIES

## *In re Peak Web LLC*
### U.S. Bankruptcy Court Case No.

## ECF PARTICIPANTS

- AARON J BELL    aaron@blf-pc.com, rhonda@blf-pc.com
- TIMOTHY J CONWAY    tim.conway@tonkon.com, nancy.kennedy@tonkon.com
- CARLA GOWEN MCCLURG    carla.mcclurg@usdoj.gov
- KATHRYN EVANS PERKINS . . .kathryn.e.perkins@usdoj.gov
- AVA L SCHOEN    ava.schoen@tonkon.com, nancy.kennedy@tonkon.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**SECURED CREDITORS:**

Bank of the West
180 Montgomery Street
San Francisco, CA 94104
Phone: 415-765-4800
Fax: 925-943-1224

Bank of the West
c/o Aaron J. Bell
Bell Law Firm PC
29100 Town Center Loop W. Ste 200
Wilsonville, OR  97070
Phone: 503-682-8840
Fax: 503 682-9895
Email: aaron@blf-pc.com

**TOP 20 UNSECURED CREDITORS:**

Themesoft, Inc
13601 Preston Rd, Ste W860
Dallas, TX 75240
Phone: 972-474-8787
Fax: 972-474-8888
E-mail: Natalia@themesoft.com

Zynga Inc
315 Montgomery Street
San Francisco, CA 94104
Phone: 415-445-4201
Fax: 415-694-6832
E-mail: mobelangel@zynga.com

Zayo Group, LLC
P.O. Box 952136
Dallas, TX 75395-2136
Phone: 800-390-6067
Fax: 503-885-1278
E-mail: billing@zayo.com

Mainz Brady Group
P.O Box 620375
Woodside, CA 94062
Phone: 650-522-3955
Fax: 650-649-1900
E-mail: maria@mbg.com

Hewlett-Packard Financial Services Co.
P.O. Box 402582
Atlanta, GA 30384-2582
Phone: 888-254-0006
Fax:
Email: Kimberly.brandon@hpe.com

Data Sales Co., Inc.
3450 W. Burnsville Parkway
Burnsville, MN 55337
Phone: 952-890-8838
Fax: 952-895-3369
E-mail: aseurer@datasales.com

CISCO Systems Capital Corp
P.O. Box 742927
Los Angeles, CA 90074-2927
Phone: 408 526-7660
Fax: 408 527-0883
E-mail: lkimble@cisco.com

8X8 Inc.
Dept. 848080
Los Angeles, CA 90084-8080
Phone: 866-879-8647
Fax: 408-980-0432
E-mail: Stefan.falcon@8x8.com

American Express
PO Box 660448
Dallas, TX 75265-0448
Phone: 212-640-2000
Fax: 212-640-0404

Dell Marketing, L.P.
c/o Dell USA L.P.
PO Box 910916
Pasadena, CA 91110-0916
Phone: 512-723-0016
Fax: 512-283-9092
E-mail: Ghulam_hussain@dell.com

Citi Credit Cards
PO Box 78045
Phoenix, AZ 85062-8045
Phone: 512-283-9092
Fax: 212-793-3946
E-mail: alerts@citibank.com

Dasher Technologies, Inc.
655 Campbell Technology Pkwy
Suite 150
Campbell, CA 95008
Phone: 866-898-9506
Fax: 866-898-9503
E-mail: michael.cook@dasher.com

Axis Capital, Inc
308 N Locust St.
PO Box 2555
Grand Island NE 68802
Phone: 3308-398-4140, 235
Fax: 308-398-4141
E-mail: sallen@axiscapitalinc.com

Giglinx Inc.
6895 East Camelback Road
Suite 115
Scottsdale, AZ 85251
Phone: 602-456-4831
Fax: 310-362-0402
E-mail: accounting@giglinx.com

Dell Financial Services
Payment Processing Center
PO Box 6410
Carol Stream, IL 60197-6410
Phone: 512-723-0016
Fax: 512-283-9092
E-mail: susan_burleson@dell.com

St. Paul Fire & Marine Insurance
c/o Joel A. Parker
Schwabe Williamson & Wyatt PC
1211 SW 5th Avenue, #1900
Portland, OR 97204
Phone: 503-222-9981
Fax: 503-796-2900
E-mail: jparker@schwabe.com

InterXion Datacenters B.V.
Cessnalaan 50,
1119 NL Schiphol-Rijk
PO Box 75812
NETHERLANDS
Phone: 31 20 880 7600
Fax: 31 20 880 7601
E-mail: sebastianh@interxion.com

CoreSite, L.P.
1001 17th Street
Suite 500
Denver, CO 80202
Phone: 303-405-1008
Fax: 877-231-0726
E-mail: debbie.hice@coresite.com

Gregory M. Rodriguez
2 Kinghurst
San Antonio, TX 75395
Phone: 210-286-0832
E-mail: senorgreg3658@gmail.com

Lightower
POB 28730
New York, NY 10087
Phone: 978-268-9309
E-mail: scallahan@lightower.com

**OTHER:**

Capital Community Bank
9080 South Village Shop Drive
Sandy UT 84094
Phone: 801-727-0100
Fax: 801-727-0103

Data Sales Co., Inc.
Attention: Peter D. Johnson
VP – Credit & Lease Operations
3450 W. Burnsville Parkway
Burnsville, MN 55337
Phone: 952-895-3325
Fax: 952-895-3825
E-mail: pjohnson@datasales.com

Collins Technology Park Partners, LLC
908 Quality Way
Richardson TX 75081
Phone: 703-964-4775
Fax: 703-964-4773

**ADDITIONAL PARTIES:**

Cisco Capital
170 W. Tasman Drive, MS SJ13 3
San Jose CA 95134

CIT Finance LLC
10201 Centurion Parkway N.
Jacksonville FL 32256

Data Sales Co., Inc.
3450 West Burnsville Parkway
Burnsville MN 55337

Dell Financial Services L.L.C.
12234 N. IH 35 Bldg B
Austin TX 78753

Fort Capital Resources LLC
130 Pearl Alley
Santa Cruz CA 95060

Hewlett Packard Financial Services
200 Connell Drive
Berkeley Heights NJ 07922

Leaf Capital Funding, LLC
2005 Market Street, 14th Floor
Philadelphia PA 19103

NFS Leasing, Inc.
900 Cummings Center,
Suite 309
Beverly MA 01915

Presidio Technology Capital, LLC
Two Sun Court
Norcross GA 30092

Quail Capital
2310 W. Victory Blvd.
Burbank, CA 91506

TFC Leasing
Technology Finance Corp.
15849 N. 71st St.
Scottsdale, AZ 85254

VAR Resources, Inc.
800 Walnut Street,
Mac F4031 040
Des Moines, IA 50309

Winthrop Resources Corporation
11100 Wayzata Boulevard,
Suite 800
Minnetonka MN 55305