Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

CHRISTIAN S. RADABAUGH, SR.,

        Debtor-in-Possession,

Case No. 18-34244-pcm11

ORDER GRANTING MOTION TO EXTEND TIME

THIS MATTER having come before the Court on the Motion to Extend Time to file Debtor's Rule 2015 Financial Report filed by Christian S. Radabaugh , Sr. ("Debtor"). The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) Debtor's Motion to Extend Time is GRANTED.

2) The Debtor shall file the Rule 2015 Financial Report by January 31, 2019.

###

Order Presented By:
MOTSCHENBACHER & BLATTNER LLP
By:/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Of Attorneys for Debtor-in-Possession

{00238649:1}    ORDER GRANTING MOTION TO EXTEND TIME

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501