<u>In re Mark Delong</u>
Ch 11 Bankruptcy Case No. 17-34395-pcm11

CERTIFICATE OF SERVICE

DATE: August 27, 2018

DOCUMENT(S): DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION (DATED AUGUST 24, 2018); REDLINE VERSION OF DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION; DEBTOR'S FOURTH AMENDED DISCLOSURE STATEMENT (DATED AUGUST 24, 2018); REDLINE VERSION OF DEBTOR'S FOURTH AMENDED DISCLOSURE STATEMENT; and MINUTES FROM 8/15/2018 HEARING.

I hereby certify that I served a copy of the foregoing on:

ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

AB Livestock, LLC
1555 Shoreline Drive
Suite 320
Boise, ID 83702-9109

Bair & Sons
2048 6th Ave W
Vale, OR 97918-5022

Bank of Eastern Oregon
c/o Jeff Bailey, President
250 NW Gale
Heppner, OR 97836

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank
PO Box 60599
City of Industry, CA 91716-0599

Chase
PO Box 15123
Wilmington, DE 19850-5123

Deere & Company
POB 6600
Johnston, IA 50131-6600

Deere & Company
6400 NW 86th St.
Johnston, IA 50131-6600

Dentingers
PO Box 688
Vale, OR 97918-0688

Discover
PO Box 51908
Los Angeles, CA 90051-6208

Diversified Financial Services LLC
14010 First National Bank Pkwy
Suite 400
Omaha, NE 68154-5232

FARMERS SUPPLY COOPERATIVE
514 SW 4TH AVE
ONTARIO, OR 97914-2623

Farm Credit
PO Box 5059
Twin Falls, ID 83303-5059

| | |
|---|---|
| Farm Credit<br>PO Box 7277<br>San Francisco, CA 94120-7277 | Simplot Livestock Company<br>1301 Hwy 67<br>Grand View, ID 83624-5062 |
| First National Equipment Financing Inc<br>PO Box 2137<br>Omaha, NE 68103-2137 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 |
| IDAHO POWER COMPANY<br>PO BOX 70<br>BOISE, ID 83707-0070 | Mark E. Delong<br>2090 7th Ave. W.<br>Vale, OR 97918-5028 |
| IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Securities & Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles CA 90071-9591 |
| JR Simplot Company<br>999 Main Street<br>Suite 1300<br>Boise, ID 83702-9009 | Bank of Eastern Oregon<br>PO Box 39<br>Heppner, OR 97836 |
| Kinney Industries<br>PO Box T<br>Ontario, OR 97914-0059 | Producers Livestock Marketing Association<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702-5884 |
| Malheur County Property Tax<br>251 B. St. Suite 14<br>Vale, OR 97918-1375 | Brian DiFonzo<br>Yturri Rose LLP<br>PO Box S<br>89 SW 3rd Ave.<br>Ontario, OR 97914-2721 |
| Northwest Farm Credit Services, FLCA<br>139 River Vista Place, Ste 201<br>Twin Falls, ID 83301-3060 | 1001 SW 5th Ave. #700<br>Portland, OR 97204-1141 |
| Patti Baker<br>2090 7th Ave. W.<br>Vale, OR 97918-5028 | John Deere Financial<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| Producers Livestock Marketing Association<br>c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley, LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702-5884 | Joseph Meier<br>Cosho Humphrey LLP<br>PO Box 9518<br>Boise, ID 83707-9518 |
| | Christopher Katers<br>8112 W Bluemound Rd #101<br>Wauwatosa, WI 53213-3356 |

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

    I hereby certify that the foregoing document was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

    Dated: August 28, 2018

                        MOTSCHENBACHER & BLATTNER, LLP

                        By: /s/Troy G. Sexton
                           Nicholas J. Henderson, OSB #074027
                           Troy G. Sexton, OSB #115184
                           Of Attorneys for Mark Delong