Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Peak Web LLC,<br><br>　　　　　　Debtor. | Case No. 16-32311-pcm11<br><br>**ORDER GRANTING DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY SUSMAN GODFREY LLP AS SPECIAL PURPOSE COUNSEL PURSUANT TO 11 U.S.C. § 328** |

THIS MATTER having come before the Court upon Debtor's Amended Application for Order to Employ Susman Godfrey LLP as Special Purpose Counsel for Debtor (the "Amended Application") [ECF. No. 117]; the Court having reviewed the Amended Application and the Rule 2014 Verified Statement for Proposed Professional; and having considered the statements of counsel with respect to the Application at a hearing before the Court on July 7, 2016; and the Court having found that (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (4) notice of the Amended Application was sufficient under the circumstances; and, after due deliberation, the Court having determined that the relief requested in the Amended Application is in the best

Page 1 of 3 - ORDER GRANTING DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY SUSMAN GODFREY LLP AS SPECIAL PURPOSE COUNSEL

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-32311-pcm11    Doc 154    Filed 07/11/16

interests of Debtor, its estate, and its creditors; and good and sufficient cause having been shown; now, therefore,

IT IS HEREBY ORDERED that:

1. The Amended Application is approved.

2. Debtor is hereby authorized to retain and employ Susman Godfrey LLP as its special purpose counsel in the above Chapter 11 case as of the Petition Date to perform the services set forth in the Amended Application.

3. Debtor is further authorized to compensate Susman Godfrey LLP on a contingent fee basis without further order of this Court. Payment to Susman Godfrey may be made upon entry of an order of this Court approving any settlement of the Machine Zone Litigation, or entry of and collection by Debtor on any judgment in the Machine Zone litigation; provided, however, that to the extent Susman Godfrey elects to receive a contingent fee based on a multiple of the value of the hours worked on the Machine Zone Litigation, Susman Godfrey's fees will be subject to approval by the Court, after review of a fee application filed by Susman Godfrey, to determine if the fees incurred were reasonable.

# # #

**Page 2 of 3** - ORDER GRANTING DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY SUSMAN GODFREY LLP AS SPECIAL PURPOSE COUNSEL

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-32311-pcm11    Doc 154    Filed 07/11/16

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By */s/ Ava L. Schoen*
 Timothy J. Conway, OSB No. 851752
 Ava L. Schoen, OSB No. 044072
 888 S.W. Fifth Avenue, Suite 1600
 Portland, OR 97204-2099
 Telephone: 503-221-1440
 Facsimile: 503-274-8779
 E-mail: tim.conway@tonkon.com
  ava.schoen@tonkon.com
 Attorneys for Debtor

cc: List of Interested Parties

038470/00001/7367187v1

**Page 3 of 3** - ORDER GRANTING DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY SUSMAN GODFREY LLP AS SPECIAL PURPOSE COUNSEL

**TONKON TORP** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-32311-pcm11    Doc 154    Filed 07/11/16

# LIST OF INTERESTED PARTIES

## *In re Peak Web LLC.*
### U.S. Bankruptcy Court Case No. 16-32311-pcm11

## ECF PARTICIPANTS

- AARON J BELL    aaron@blf-pc.com, rhonda@blf-pc.com
- SHAWN M CHRISTIANSON    schristianson@buchalter.com, cmcintire@buchalter.com
- TIMOTHY J CONWAY    tim.conway@tonkon.com, nancy.kennedy@tonkon.com; spencer.fisher@tonkon.com; leslie.hurd@tonkon.com
- BRADLEY S COPELAND    bcopeland@agsprp.com, bdavis@agsprp.com
- CODY HOESLY    choesly@lvklaw.com, nsmith@lvklaw.com; docket@lvklaw.com; wlarkins@lvklaw.com; bapplegate@lvklaw.com; mhughes@lvklaw.com
- BRIAN A JENNINGS    bjennings@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- JAMES P LAURICK    jlaurick@kilmerlaw.com, tparcell@kilmerlaw.com
- CARLA GOWEN MCCLURG    carla.mcclurg@usdoj.gov
- DOUGLAS R PAHL    dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- KATHYRN EVANS PERKINS    kathryn.e.perkins@usdoj.gov
- AVA L SCHOEN    ava.schoen@tonkon.com, nancy.kennedy@tonkon.com;candace.duncan@tonkon.com
- MARK A. SERLIN    mserlin@globelaw.com, msaetern@globelaw.com
- JEANNE K SINNOTT    jeanne.sinnott@millernash.com, candice.hughes@millernash.com, malorie.michael@millernash.com
- SABRINA L STREUSAND    streusand@slollp.com, prentice@slollp.com
- BRAD T SUMMERS    tsummers@balljanik.com, swylen@balljanik.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov
- JOHN W WEIL    jweil@tsbnwlaw.com, jramig@tsbnwlaw.com
- HELEN E WELLER    dallas.bankruptcy@publicans.com

## NON-ECF PARTICIPANTS

**UNSECURED CREDITORS COMMITTEE:**

Themesoft, Inc. (Co-Chair)
Peak Web, LLC Unsecured
Creditors Committee
c/o Sasikanth Nagasubram
13601 Preston Rd., Ste. W860
Dallas, TX 75240

MOD Mission Critical (Co-Chair)
Peak Web, LLC Unsecured
Creditors Committee
c/o Michael Hollander
4950 South Yosemite St., #F2-367
Greenwood Village, CO 80111

Gregory M. Rodriguez
2 Kinghurst
San Antonio, TX 78248

Intervision Systems
c/o Jon Greco
2270 Walsh Ave
Santa Clara, CA 95050

Lightower Fiber Networks
c/o Scot M. Callahan
80 Central Street
Boxborough, MA 01719

**REQUESTS FOR NOTICE:**

Richardson ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder,
   Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, TX 76010

Themesoft, Inc.
c/o Kimberly M.J. Sims
Palter Stokley Sims PLLC
8115 Preston Road, Suite 600
Dallas, TX 75225

Data Sales Co., Inc.
c/o Brian F. Leonard
Leonard, O'Brien, Spencer,
   Gale & Sayre, Ltd.
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402

Bankruptcy Administration
Attn: Christine R. Etheridge
Wells Fargo Vendor
   Financial Services, LLC
c/o A Ricoh USA Program
PO Box 13708
Macon, GA 31208-3708

Coresite Real Estate
   1656 McCarthy LLC
c/o Thomas C. Bell
Davis Graham & Stubbs LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202

**SPECIAL PURPOSE COUNSEL**

Stephen E. Morrissey
Susman Godfrey LLP
Suite 3800
1201 Third Avenue
Seattle, WA 98101