| | |
|---|---|
| 1 | **Timothy J. Conway**, OSB No. 851752 (Lead Attorney) |
| |    Direct Dial: (503) 802-2027 |
| 2 |    Facsimile: (503) 972-3727 |
| |    E-Mail: tim.conway@tonkon.com |
| 3 | **Ava L. Schoen**, OSB No. 044072 |
| |    Direct Dial: (503) 802-2143 |
| 4 |    Facsimile: (503) 972-3843 |
| |    E-Mail: ava.schoen@tonkon.com |
| 5 | **TONKON TORP LLP** |
| | 1600 Pioneer Tower |
| 6 | 888 S.W. Fifth Avenue |
| | Portland, OR 97204 |

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Peak Web LLC,<br><br>             Debtor. | Case No. 16-32311-pcm11<br><br>**DECLARATION OF NO OBJECTIONS TO NOTICE OF INTENT TO COMPENSATE PROFESSIONALS** |

I, Timothy J. Conway, declare as follows:

1. I am one of the attorneys for Debtor, and am duly authorized to make this declaration.

2. On November 9, 2016, Ball Janik LLP submitted its Application for Interim Professional Compensation [ECF No. 352] (the "Ball Janik Application").

3. On November 10, 2016, Tonkon Torp LLP submitted its Application for Interim Professional Compensation [ECF No. 353] (the "Tonkon Torp Application").

4. On November 10, 2016, Cascade Capital Group, LLC submitted its Application for Interim Professional Compensation [ECF No. 355] (the "Cascade Capital Application").

**Page 1 of 2** - DECLARATION OF NO OBJECTIONS TO NOTICES OF INTENT TO COMPENSATE PROFESSIONALS

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-32311-pcm11    Doc 404    Filed 12/02/16

5. On November 10, 2016, Debtor filed a Notice of Intent to Compensate Professionals [ECF No. 356] (the "Notice of Intent") setting a 21-day response period for the Ball Janik Application, the Tonkon Torp Application, and the Cascade Capital Application.

6. The 21-day response period for interested parties as to the Notice of Intent expired on December 1, 2016.

7. No objections have been filed to the Ball Janik Application, the Tonkon Torp Application, and the Cascade Capital Application as listed on the Notice of Intent.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF OREGON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 2nd day of December, 2016.

TONKON TORP LLP


By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Attorneys for Peak Web LLC

**Page 2 of 2** - DECLARATION OF NO OBJECTIONS TO NOTICES OF INTENT TO COMPENSATE PROFESSIONALS

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440
Case 16-32311-pcm11   Doc 404   Filed 12/02/16

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that the foregoing **DECLARATION OF NO OBJECTIONS TO NOTICES OF INTENT TO COMPENSATE PROFESSIONALS** was served on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below. |
| 3 | |
| 4 | |
| 5 | In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below. |
| 6 | |
| 7 | |
| | DATED this 2nd day of December, 2016. |
| 8 | |
| | TONKON TORP LLP |
| 9 | |
| 10 | |
| 11 | By */s/ Timothy J. Conway*<br>Timothy J. Conway, OSB No. 851752<br>Ava L. Schoen, OSB No. 044072<br>Attorneys for Peak Web LLC |
| 12 | |

Page 1 of 1 - CERTIFICATE OF SERVICE

# LIST OF INTERESTED PARTIES

## *In re Peak Web LLC*
### U.S. Bankruptcy Court Case No. 16-32311-pcm11

## ECF PARTICIPANTS

- AARON J BELL    aaron@blf-pc.com, rhonda@blf-pc.com
- VINEET BHATIA    vbhatia@susmangodfrey.com
- BRIAN M BORN    bborn@turnbullborn.com
- SHAWN M CHRISTIANSON    schristianson@buchalter.com, cmcintire@buchalter.com
- TIMOTHY J CONWAY    tim.conway@tonkon.com, nancy.kennedy@tonkon.com; spencer.fisher@tonkon.com; leslie.hurd@tonkon.com
- BRADLEY S COPELAND    bcopeland@agsprp.com, bdavis@agsprp.com
- CONDE T COX    conde@lawofficeofcondecox.com, trishbowcock@comcast.net
- OLEG ELKHUNOVICH    oelkhunovich@susmangodfrey.com, landrews@susmangodfrey.com
- DAVID B GRAY    david@davegraylaw.com, dgrayattorney@gmail.com
- OREN B HAKER    obhaker@stoel.com, docketclerk@stoel.com;lacey.gillet@stoel.com
- MARY JO HESTON    hestonm@lanepowell.com, campbelld@lanepowell.com;docketing-sea@lanepowell.com; barkerd@lanepowell.com
- CODY HOESLY    choesly@lvklaw.com, nsmith@lvklaw.com; docket@lvklaw.com; wlarkins@lvklaw.com; bapplegate@lvklaw.com; mhughes@lvklaw.com
- BRIAN A JENNINGS    bjennings@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- WILLIAM L LARKINS    wlarkins@larkinsvacura.com, nsmith@larkinsvacura.com;docket@larkinsvacura.com
- JAMES P LAURICK    jlaurick@kilmerlaw.com, tparcell@kilmerlaw.com
- CARLA GOWEN MCCLURG    carla.mcclurg@usdoj.gov
- STEPHEN E MORRISSEY    smorrissey@susmangodfrey.com, nkustok@susmangodfrey.com
- DOUGLAS R PAHL    dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- KATHYRN EVANS PERKINS    kathryn.e.perkins@usdoj.gov
- AVA L SCHOEN    ava.schoen@tonkon.com, nancy.kennedy@tonkon.com
- MARK A. SERLIN    mserlin@globelaw.com, msaetern@globelaw.com;kwhiteford@globelaw.com
- JEANNE K SINNOTT    jeanne.sinnott@millernash.com, austin.averett@millernash.com, malorie.michael@millernash.com
- SABRINA L STREUSAND    streusand@slollp.com, prentice@slollp.com
- BRAD T SUMMERS    tsummers@balljanik.com, swylen@balljanik.com
- SKYLER M TANNER    tanners@lanepowell.com, beldingt@lanepowell.com;docketing-pdx@lanepowell.com; barkerd@lanepowell.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov
- ROBERT J VANDEN BOS    vbcservice@yahoo.com, sara@vbcattorneys.com
- JOHN W WEIL    jweil@tomasilegal.com, jramig@tomasilegal.com
- HELEN E WELLER    dallas.bankruptcy@publicans.com

## NON-ECF PARTICIPANTS

**REQUESTS FOR NOTICE:**

Richardson ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder,
  Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, TX 76010

Themesoft, Inc.
c/o Kimberly M.J. Sims
Palter Stokley Sims PLLC
8115 Preston Road, Suite 600
Dallas, TX 75225

Data Sales Co., Inc.
c/o Brian F. Leonard
Leonard, O'Brien, Spencer,
  Gale & Sayre, Ltd.
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402

Bankruptcy Administration
Attn: Christine R. Etheridge
Wells Fargo Vendor
  Financial Services, LLC
c/o A Ricoh USA Program
PO Box 13708
Macon, GA 31208-3708

Coresite Real Estate
  1656 McCarthy LLC
c/o Thomas C. Bell
Davis Graham & Stubbs LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202