| | | |
|---|---|---|
| 04/04/2017 | TUESDAY | Judge Peter C McKittrick |
| 9:00 AM  16-32311 pcm 11  bk | Peak Web LLC | |

**Chapter 11 Confirmation Hearing  [585] \*\*\*Revised\*\*\* Second Amended Chapter 11 Plan of Reorganization Filed by Debtor Peak Web LLC (CONWAY, TIMOTHY)**

Peak Web LLC - db            TIMOTHY J CONWAY

**Sign in sheet attached**

Evidentiary Hearing:     Yes: ☐     No: ☐

**For reasons stated on the record, the Plan is confirmed subject to revised language in paragraph 8.1.**

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers   ☐ **xx Mr Conway**

DOCKET ENTRY:

In Re: Case # 16-32311

Peak Web, LLC

Debtor

## List of Persons Attending

Hearing date 4/4/17

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Tim Schoen | Debtor |
| Tim Conway | Debtor |
| Mark Calvert | Cascade Capital |
| Jon Billow | Peak web |
| Jeffrey Paper | Peak web |
| Vineet Bhatia | Peak web |
| AARON BELL | BANK OF THE WEST |
| Doug Cushing | Digital London |
| Dady Pahl | Machine Zone |
| Mike Bernstein | " " |
| Tony Summers | Committee |
| phone - Mike Neumeister | Gibson Dunn, MZ State |
| Ashley Whyman | MFS Leasing Counsel |
| Brad Copeland | Capital Commerce Bank |