UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re  
**Peak Web LLC**

Case No. **16-32311-pcm11**

FINAL ACCOUNT; PAYMENT OF ALLOWED ATTORNEY FEES; AND APPLICATION FOR ENTRY OF FINAL DECREE AND CLOSING ORDER

Debtor(s)

The undersigned files this final account and represents that:

1. On **04/14/17**, the court entered an Order Confirming the Chapter 11 Plan.

2. The total (i.e., of what has and will be paid) percentage dividend to be paid unsecured creditors is **to be determined** %. [NOTE: Enter "N/A" if percentage amount is not determinable at this time.]

3. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for full payment.

4. All secured claims provided for in the Plan have been paid or will be satisfied as provided in the Order of Confirmation.

5. All objections to claims in this case have been resolved. **Pursuant to hearing held 5/1/18 (ECF No. 1043) Debtor's Objection to Claim 26 of Bank of the West will be subsumed by Adv. Proc. Case No. 18-3024. Preference claims are pending.**

6. All matters to be completed upon the effective date of the confirmed plan have been completed, the plan has been substantially consummated, and application is therefore made for entry of a final decree and closing order pursuant to Fed. Rule Bankr. Proc. 3022.

7. On **06/12/18** copies of this final account were served on the U.S. Trustee; and the debtor(s), any trustee, the Creditors' Committee, and their respective attorneys.

8. I understand that the appropriate attorney may be paid the amount originally allowed, but withheld, after the filing and service of this final account.

Date: **06/12/18**  **/s/ Timothy J. Conway**  
Signature  
**Timothy J. Conway, Attorney for Debtor**  
Type or Print Signer's Name & Relation to Case  
**Tonkon Torp LLP, 888 SW Fifth Ave., Suite 1600, Portland OR 97204**  
Signer's Address  
**35800 SW Deer Park Rd., Wilsonville, OR 97070      Taxpayer ID ending -3745**  
(If signer is a debtor or debtor's attorney) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

CLERK, U.S. BANKRUPTCY COURT

1195 (6/1/14)